UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Steven Thor Cameron     Docket No. 5:09-CR-187-3FL

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Thor Cameron, who, upon an earlier plea of guilty to Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 10, 2009, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Steven Thor Cameron was released from custody on November 8, 2013, at which time the term of supervised release commenced. On September 30, 2014, a Petition for Action was submitted advising that the defendant tested positive for cocaine. Cameron admitted using crack cocaine on September 16, 2014. He was referred to outpatient drug treatment. As a sanction for this violation, he was ordered to complete 2 days in jail.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a home inspection on May 18, 2016, the defendant signed an admission of drug use form acknowledging that he used crack cocaine and marijuana on May 15, 2016. Cameron was verbally reprimanded for this drug use, counseled about his actions, and he was instructed to attend outpatient substance abuse treatment sessions. As a sanction for this violation, we are recommending that he be placed on the home detention program for a period of 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Steven Thor Cameron
Docket No. 5:09-CR-187-3FL
Petition For Action
Page 2

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: May 20, 2016

### ORDER OF THE COURT

Considered and ordered this __20th__ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge