UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Steven Thor Cameron                                   Docket No. 5:09-CR-187-3FL

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Thor Cameron, who, upon an earlier plea of guilty to Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 10, 2009, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Steven Thor Cameron was released from custody on November 8, 2013, at which time the term of supervised release commenced. On September 30, 2014, a Petition for Action was submitted advising that the defendant tested positive for cocaine. Cameron admitted using crack cocaine on September 16, 2014. He was referred to outpatient drug treatment. As a sanction for this violation, he was ordered to complete 2 days in jail. On May 20, 2016, a Petition for Action was submitted advising that the defendant admitted to using crack cocaine and marijuana on May 15, 2016. Cameron was verbally reprimanded for this drug use, counseled about his actions, and was instructed to attend outpatient substance abuse treatment sessions. As a sanction, the court ordered that he be placed on the home detention program for a period of 30 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 24, 2016, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on July 3, 2016. During a home inspection on July 8, 2016, Cameron admitted to using crack cocaine on June 20, 2016, and he signed an admission of drug use form. As a sanction for this violation, we are recommending that he serve 10 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for 10 days as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Steven Thor Cameron
Docket No. 5:09-CR-187-3FL
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: July 12, 2016

### ORDER OF THE COURT

Considered and ordered this __13th__ day of __July__, 2016 and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge